(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Oklahoma** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Hendrickson, Lynette Joann | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>aka Lynette Joann Moore | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 0896 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>8008 South Wheeling<br>Tulsa, OK 74136 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Tulsa | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>305 North "O" Street<br>Muskogee, OK 74403 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [✓] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30348

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Lynette Joann Hendrickson |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Lynette Joann Hendrickson
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
10/16/05
Date

**Signature of Attorney**

X  /s/ Jeffery Potts
Signature of Attorney for Debtor(s)
JEFFERY POTTS 13756
Printed Name of Attorney for Debtor(s)
Potts, Jones, King, Abbott, & Brooks, PLLC
Firm Name
1515 E Okmulgee
Address
Muskogee, Ok 74003

(918)610-9900
Telephone Number
10/16/05
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Jeffery Potts                    10/16/05
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Aarons Sales and Lease
3804 S Elm Place Suite B
Broken Arrow, OK 74011


ABCO
211 S 36th St
Muskogee, OK 74401


Allied Interstate INC
435 Ford Rd STE 800
Minneapolis, MN 55426


Bank Of Oklahoma
PO Box 2300
Tulsa, OK 74192


Banner Finance
1008 W. Broadway
Muskogee, OK  74401


Capital One Bank
PO Box 85015
Richmond, VA 23285


CBE Group
131 Towe Park DR SUite 1
Waterloo, IA 50702


Citizens Security Bank
PO ox 740746
Tulsa, OK 74147


City Of Muskogee Water Department
229 W Okmulgee
Muskogee, OK 74401


Continental Credit
217 W. Broadway
Muskogee, OK 74401


Cox Communications
3510 Elliott Street
Muskogee, OK 74403

Credit Systems INTL INC
1277 Country Club Lane
Fort Worth, TX 76112


Crusader Cash Advance
2238 E Shawnee Rd
Muskogee, OK 74403


Direct TV
P.O. Box 78626
Phoenix, AZ 85062


Emergency Physicians
Dept 672
Tulsa, OK 74182


Gary Lambert, DO
620 E Okmulgee
Muskogee, OK 74403


IC Syetems INC
PO Box 64378
Saint Paul, MN 55164


Kansas Counselors INC
1421 Saint Paul ST
Wichita, KS 67203


Key Bank NA
601 Oakmont LN
Westmont, IL 60559


MCI
POB 600670
Jacksonville, FL 32260


MCI Worldcom
P.O. Box 52252
Phoenix, AZ 85072


MNET
218 W Okmulgee
Muskogee, OK 74401

```
Moore Educational Publishers
2510 Franklin Pike
Nashville, TN 37204


MRMC
300 Rockefeller Dr.
Muskogee, OK 74401


Muskogee JD15SC
PO Box 1350
Muskogee, OK 74401


Muskogee Pulmonay Clinic
615 S. 32nd Street
Muskogee, OK 74401


Muskogee Regional Medical Center
300 Rockefeller Drive
Muskogee, OK 74401


Oklahoma Natural Gas
PO Box 268826
Oklahoma City, Ok 73126


Park Dansan
PO Box 248
Gasonia, NC 28053


PAS
PO Box 24850
Nashville, TN 37202


Risk Management Alternatives
2675 Breckenridge Blvd
N Augusta NAGEZ2 OFC SRVC (CR)
Duluth, GA 30096


SAFECO of America
2716 Woodhollow Trial
Edmond, OK 73003


State Of Oklahoma
PO Box 1008
Muskogee, OK 74401
```

```
T-Mobile
Attn: Bankruptcy Department
PO Box 37380
Albuquerque, NM  87176


Tulsa Adjustment Bureau
1754 Utica Square #283
Tulsa, OK 74414


US Bank
4801 Frederica Street
Owensboro, KY 42301


Western Sun Federal Credit
PO Box 2039
Tulsa, OK 74102
```

# UNITED STATES BANKRUPTCY COURT
## Northern District of Oklahoma

In re:

Lynette Joann Hendrickson

Case No.
Chapter  7

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept            $ 750.00 or $125.00 per hour
                                                                                          plus $209.00 filing fee

   Prior to the filing of this statement I have received:     $ 750.00

2. The source of the compensation paid to me was from the Debtor
3. The source of compensation to be paid to me is from the Debtor, from post-petition income of the Debtor's and is not from property of the Debtor's Bankruptcy Estate.
4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
   b. Preparation and filing of any petition, schedules, statement of affairs which may be required; and
   c. Representation of the debtor at the meeting of creditors and hearing, and any adjourned hearings thereof.
6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: Representation of Debtor in adversarial matters; Preparation of Amendments to Debtor's schedules or other documents for reasons not required by this office; Actions regarding any state court actions; any Motions required to be filed on the Debtor's behalf; Debtor shall additionally be charged $10.00 per letter sent certified to each creditor who attempts to collect a pre-petition debt by post petition acts.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:   10/16/05                                      /s/Jeffery Potts
                                       Potts, Jones, King, Abbott, & Brooks, PLLC

I or We, the debtor's herein, hereby state that we have reviewed and approved the rate of compensation paid and to be paid to Potts, Anthony & Jones, for the legal services rendered on my or our behalf in contemplation of or in connection with the bankruptcy case as specifically set forth in the DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR filed herein regardless of ultimate outcome of the bankruptcy.

   /s/Lynette Joann Hendrickson
                                                              10/16/05
Debtor                                                   Date


                                                              10/16/05
Joint Debtor                                         Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:   Lynette Joann Hendrickson

                         Debtor(s)

Case No.
Chapter 7

**VERIFICATION AS TO OFFICIAL MAILING MATRIX**

     X    Original
     __    Amendment

I hereby ceritfy under penalty of perjury that the master filing list of creditor submitted either on computer diskette, CD ROM, or upload to Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor lisitng are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Official Mailing Matrix Submitted via:

(a)   ____ computer diskette(s) listing a total of _____ creditors; or

(b)   _X__ upload to Electronic Case Filing System listing a total of _37_ creditors.

    /s/Lynette Joann Hendrickson
    Lynette Joann Hendrickson

    /s/Jeffery Potts
    Jeffery Potts

Date: _____10/16/05_____

(Check if applicable) _____ Creditor(s) with foreign addresses included.